WILLIAM MAYER, Respondent, Appellant, v. STUDIO C-LENS CORPORATION, S. M. M. H. CORPORATION and C-LENS CORPORATION, Appellants, Respondents. (Appeal No. 1.) — Order granting plaintiff's motion to inspect and make copies of certain checks affirmed, with ten dollars costs and disbursements, examination to proceed on five days' notice. No opinion. Cross-appeal from so much of the order as denies plaintiff's motion for discovery and inspection of the receipts described in the moving papers dismissed, without costs. The order contains no such denial, and the affidavit submitted to this court shows that the plaintiff has already taken photostats of the said receipts. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

WILLIAM MAYER, Appellant, v. STUDIO C-LENS CORPORATION, S. M. M. H. CORPORATION and C-LENS CORPORATION, Respondents. (Appeal No. 2.) — Order denying plaintiff's motion to strike out the answer and to punish defendants' president for contempt affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of the application upon a failure to comply with the order in this action dated February 23, 1939. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

MALCOLM MAYPER, by MATILDA MAYPER, His Guardian ad Litem, and MATILDA MAYPER, Appellants, v. ISIDORE ROSENBLATT, Respondent.— Appeal from so much of an order as directs the severance and separate trial of two causes of action. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Taylor and Close, JJ., concur; Carswell and Adel, JJ., dissent and vote to modify the order by striking out the ordering paragraph thereof which grants defendant's motion for a severance of the causes of action, and as thus modified, to affirm the order.

HANNAH R. MELMAN, Respondent, v. JOSEPH B. MELMAN, Appellant. FRANK L. IPPOLITO, Attorney, Respondent.— Order denying motion of appellant to punish plaintiff and her attorney for contempt of court affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

KENNETH OVERGAARD, Appellant, v. BROOKLYN BUS CORPORATION, Respondent. — Order denying plaintiff's motion for leave to amend his bill of particulars in an action for personal injuries and property damage reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs, on condition that plaintiff submit to a physical examination on the part of the defendant (if latter so desires) with respect to the subject-matter of the proposed amendment to the bill of particulars. In the event that plaintiff is not made accessible for such an examination, the order is affirmed. The proposed amendment did not in any manner change the cause of action and its amendment involved no prejudice to the defendant. (Kyle v. City of New York, 155 App. Div. 401.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.